# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Kenneth O'Rourke, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Kim VanHeel, et al., <br><br> Defendants. <br><br> And related claims. | Case No. 2:22-cv-00689-RFB-DJA <br><br> **Order** |

This case is before the Court on the Court's review of the docket.  On March 22, 2023, the Court vacated a hearing on the Plaintiffs' motion for preliminary injunction, noting that the Plaintiffs had notified the Court that they had moved out of the subject premises.  (ECF No. 42). Since then, no party has acted in this matter.  The parties have also not filed a discovery plan and scheduling order.  Given the fact that the underlying complaint involves an eviction matter and Plaintiffs have indicated that they have moved out of the property, the Court will require the parties to each file a status report with the Court.  Additionally, given Plaintiffs' notice that they have vacated the subject premises, the Court will require Plaintiffs to update their address with the Court.

**IT IS THEREFORE ORDERED** that each party must file a status report on or before **May 16, 2024.**  Plaintiffs must also update their address with the Court by **May 16, 2024.  Failure to comply with this order may result in a recommendation of sanctions to the district judge.**  The Clerk of Court is kindly directed to send a copy of this order to Plaintiffs.

DATED: April 16, 2024

———————————————————
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE