Edward D. Boyack, Esq.
Nevada Bar No. 5229
Adam J. Breeden, Esq.
Nevada Bar No. 8768
BOYACK ORME & MURDY
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
ted@boyacklaw.com
adam@boyacklaw.com
P: 702.562.3415
F: 702.562.3570
*Attorneys for Attorneys for Defendants*
*Colonial Property Management, Palm Hills*
*Homeowners Association, Trish Hall, and Kim Van Heel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KENNETH O'ROURKE, an individual; CHARLEEN KURR-O'ROURKE, an individual; and KASSIDY O'ROURKE, an individual, | CASE NO.: 2:22-cv-00689-RFB-DJA |
| Plaintiffs, | **DEFENDANTS' MOTION TO REMOVE PATRICK ORME, ESQ. FROM CM/ECF SERVICE LIST** |
| v. | |
| ASSURED REAL ESTATE, INC, a Nevada Corporation; JOSEPH YAKUBIK, an individual; PHOEBE FRICKE, an individual; JOSHUA DANA, an individual; WRITTEN WARFARE INVESTMENTS, LLC, a Nevada Limited Liability Company; COLONIAL PROPERTY MANAGEMENT; TRISH HALL; KIM VAN HEEL; AND PALM HILLS HOA BOARD, | |
| Defendants. | |
| COLONIAL PROPERTY MANAGEMENT et al | |
| Cross-Claimants, | |
| vs. | |
| ASSURED REAL ESTATE, INC, et al, | |
| Cross-Defendants. | |

### DEFENDANTS' MOTION TO REMOVE PATRICK ORME, ESQ. FROM CM/ECF SERVICE LIST

Defendants COLONIAL PROPERTY MANAGEMENT, PALM HILLS HOA, TRISH HALL, and KIM VAN HEEL, by and through their counsel of record, hereby files this Motion to Remove Patrick Orme, Esq. from CM/ECF Service List. The basis of this motion is that Adam J. Breeden, Esq. of the same firm has recently filed his Notice of Association of Counsel [ECF 70] and will be the primary attorney on this matter. Patrick Orme, Esq. will no longer be the handling attorney and should be removed from the service list (patrick@boyacklaw.com).

DATED August 22, 2024

**BOYACK ORME & MURDY**
By: /s/ *Adam J. Breeden, Esq.*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
ADAM J. BREEDEN, ESQ.
Nevada Bar No. 8768
7432 W. Sahara Ave, Ste 101
Las Vegas, Nevada 89117
*Attorneys for Defendants Colonial Property Management, LTD, Palm Hills Homeowners Association, Inc., Trish Hall, and Kim Van Heel*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2024, a true and correct copy of the **DEFENDANTS MOTION TO REMOVE PATRICK ORME, ESQ. FROM CM/ECF SERVICE LIST,** was served via the CM/ECF electronic filing system upon each party in the case who is registered as an electronic case filing user with the Clerk.

By: /s/ *Norma Ramirez*
An Employee of Boyack Orme & Murdy

**IT IS SO ORDERED**.

DATED: 8/23/2024

_____
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2