1  Kenneth O'Rourke
   Charleen Kurr-ORourke
2  Kassidy Dinkins
   2729 Coventry Green Ave.
3  Henderson, Nevada 89074
   702-677-1959
4  ckurrorourke@gmail.com
5
                    **UNITED STATES DISTRICT COURT**
6
                          **DISTRICT OF NEVADA**
7

8  | KENNETH O'ROURKE, an individual; CHARLEEN KURR-O'ROURKE, an individual; and KASSIDY DINKINS, an individual, | Case No. 2:22-cv-00689-RFB-DJA |
   |---|---|
   | Plaintiff, | **STIPULATION AND REQUEST FOR ORDER CONTINUING SETTLEMENT CONFERENCE DATE** |
   | v. | |
   | ASSURED REAL ESTATE, INC, a Nevada Corporation; JOSEPH YAKUBIK, an individual; PHOEBE FRICKE, an individual; JOSHUA DANA, an individual; WRITTEN WARFARE INVESTMENTS, LLC, a Nevada Limited Liability Company; COLONIAL PROPERTY MANAGEMENT; TRISH HALL; KIM VAN HEEL; AND PALM HILLS HOA BOARD, | |
   | Defendants. | |

   WHEREAS:

   1. On December 1, 2024, Plaintiff Charlene O'Rourke notified Defendants concerning certain extreme medical problems preventing full participation from Plaintiffs in the December 4, 2024, settlement conference. These medical problems also prevent rescheduling the settlement conference until after December 31, 2024.

   2. Based upon these representations, and subject to their future availability, Defendants have stipulated to move the settlement conference date until after December 31,

1

2024.

3.      Therefore, Parties hereby request that the Court cancel the December 4, 2024, settlement conference date and provide potential dates for a continued settlement conference in January – February 2025.

4.      Plaintiffs have been informed, and agreed, that Defendants Assured real Estate, Inc. and Joseph Yakubik will only be available Tuesday – Thursday of January and February 2025, due to preexisting travel obligations. Plaintiffs have also been informed that counsel for Colonial Property Management, Trish Hall, Kim Van Heel, and Palm Hills HOA Board has a strong preference for February in light of his schedule in January.

5.      The Parties further agree that the Order for the Limited appearance of Ms. Palmer will stand (ECF No. 88 11/05/24) and that the Minute Order (ECF No. 95 11/27/24) will also stand for the settlement conference's new date.

THEREFORE:

Defendants Assured Real Estate, Inc., Joseph Yakubik, Phoebe Fricke, Joshua Dana, and Written Warfare Investments, LLC by and through their counsel of record Jarrod L. Rickard, Esq., Plaintiffs Kenneth O'Rourke, Charleen Kurr-O'Rourke and Kassidy Dinkins by and through their limited representation counsel Raelene K. Palmer, Esq., and Defendants Colonial Property Management, Palm Hills Homeowners Association, Trish Hall, and Kim Van Heel by and through their counsel of record Adam J. Breeden, Esq., hereby stipulate and agree that the December 4, 2024, settlement conference be continued to a later mutually-available date in accordance with the restrictions noted above.

///
///
///

DATED this 3rd day of December 2024.

SEMENZA RICKARD LAW


__/s/ Jarrod L. Rickard_____
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145

*Attorneys for Defendants Assured Real Estate, Inc., Joseph Yakubik, Phoebe Fricke, Joshua Dana, and Written Warfare Investments, LLC*

DATED this day 3rd of December 2024.

BOYACK ORME & MURDY


__/s/ Adam Breeden_____
Edward D. Boyack, Esq., Bar No. 5229
Adam J. Breeden, Esq., Bar No. 8768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117

*Attorneys for Defendants Colonial Property Management, Palm Hills Homeowners Association, Trish Hall and Kim Van Heel*

DATED this 3rd day of December 2024.

___/s/ Charleen Kurr-O'Rourke_____
Plaintiff Charleen Kurr-O'Rourke

_/s/ Kenneth O'Rourke_____
Plaintiff Kenneth O'Rourke

_/s/ Kassidy O'Rourke_____
Plaintiff Kassidy O'Rourke

**IT IS SO ORDERED** that the parties' stipulation continuing the settlement conference (ECF No. 96) is GRANTED. Accordingly, the settlement conference scheduled for Wednesday, December 4, 2024 is **VACATED** and **RESET** for **February 25, 2025 at 10:00 a.m. via Zoom video**.

DATED this 3rd day of December 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3