Edward D. Boyack, Esq.
Nevada Bar No. 5229
Adam J. Breeden, Esq.
Nevada Bar No. 8768
BOYACK ORME & MURDY
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
ted@boyacklaw.com
P: 702.562.3415
F: 702.562.3570
*Attorneys for Attorneys for Defendants*
*Colonial Property Management, Palm Hills*
*Homeowners Association, Trish Hall, and Kim Van Heel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KENNETH O'ROURKE, an individual; CHARLEEN KURR-O'ROURKE, an individual; and KASSIDY O'ROURKE, an individual, <br><br>Plaintiffs,<br><br>v.<br><br>ASSURED REAL ESTATE, INC, a Nevada Corporation; JOSEPH YAKUBIK, an individual; PHOEBE FRICKE, an individual; JOSHUA DANA, an individual; WRITTEN WARFARE INVESTMENTS, LLC, a Nevada Limited Liability Company; COLONIAL PROPERTY MANAGEMENT; TRISH HALL; KIM VAN HEEL; AND PALM HILLS HOA BOARD,<br><br>Defendants.<br><br>_____<br><br>COLONIAL PROPERTY MANAGEMENT et al<br><br>Cross-Claimants,<br><br>vs.<br><br>ASSURED REAL ESTATE, INC, et al,<br><br>Cross-Defendants. | CASE NO.: 2:22-cv-00689-RFB-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS WITH PREJDICE** |

# STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS WITH PREJDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Kenneth O'Rourke, Charleen Kurr-O'Rourke and Kassidy Dinkins (Plaintiffs), Defendants, Assured Real Estate, Inc., Joseph Yakubik, Phoebe Fricke, Joshua Dana, Written Warfare Investments, LLC, Colonial Property Management, Trish Hall, Kim Van Heel and Palm Hills Homeowners Association (Defendants) by and through their undersigned counsel of record, stipulate to the dismissal of all claims brought in this matter with prejudice.

Each party shall bear its own fees and costs.

DATED this 5th day of May 2025.

**SEMENZA RICKARD LAW**

*/s/ Jarrod L. Rickard*

Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145

*Attorneys for Defendants Assured Real Estate, Inc., Joseph Yakubik, Phoebe Fricke, Joshua Dana, and Written Warfare Investments, LLC*

DATED this 5th day of May 2025.

**BOYACK ORME & MURDY**

*/s/ Adam J. Breeden*

Edward D. Boyack, Esq., Bar No. 5229
Adam J. Breeden, Esq., Bar No. 8768
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117

*Attorneys for Defendants Colonial Property Management, Palm Hills Homeowners Association, Trish Hall and Kim Van Heel*

1  DATED this 5th day of May 2025.

2  /s/ Charleen Kurr-O'Rourke

3  _____

4  Plaintiff Charleen Kurr-O'Rourke
   2729 Coventry Green Avenue
5  Henderson, NV 89074

6  DATED this 5th day of May 2025.

7  /s/ Kenneth O'Rourke

8  _____

9  Plaintiff Kenneth O'Rourke
   2729 Coventry Green Avenue
10 Henderson, NV 89074

11 DATED this 5th day of May 2025.

12 /s/ Kassidy Dinkins

13 _____

14 Plaintiff Kassidy Dinkins
   715 E. Cascade Place
15 Spokane, WA 99208

16                    **ORDER**

17
        IT IS SO ORDERED that all claims are hereby DISMISSED.
18

19
20                          _____
21                          RICHARD F. BOULWARE, II
                            UNITED STATES DISTRICT JUDGE
22